UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:19-cv-05465-AB (AFMx) | Date: | September 23, 2019 |

| | |
|---|---|
| Title: | *William Morris Endeavor Entm't, LLC v. United Talent Agency, LLC, et al.* |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   **ORDER Denying Defendants and Counterclaimants' Ex Parte Application for Continuance and Extended Briefing Schedule as Moot**

In light of the Court's September 12, 2019 order granting Defendants and Counterclaimants' motion to consolidate related cases and ordering Plaintiff to refile an amended consolidated complaint no later than September 27, 2019, Dkt. No. 40, the Court **DENIES** Defendants and Counterclaimants' ex parte application for a continuance and extended briefing schedule on Rule 12 motions as moot.

The hearing scheduled for October 11, 2019 on Rule 12 motions is **VACATED.**

**IT IS SO ORDERED.**