Stephen P. Berzon (SBN 46540)
sberzon@altber.com
Stacey Leyton (SBN 203827)
sleyton@altber.com
P. Casey Pitts (SBN 262463)
cpitts@altber.com
Rebecca C. Lee (SBN 305119)
rlee@altber.com
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Anthony R. Segall (SBN 101340)
asegall@rsglabor.com
Juhyung Harold Lee (SBN 315738)
hlee@rsglabor.com
ROTHNER, SEGALL &
 GREENSTONE
510 South Marengo Avenue
Pasadena, California 91101
Telephone: (626) 796-7555
Facsimile: (626) 577-0124

W. Stephen Cannon (*pro hac vice*)
scannon@constantinecannon.com
CONSTANTINE CANNON LLP
1001 Pennsylvania Ave, NW, Ste. 1300N
Washington, DC 20004
Telephone: (202) 204-3500
Facsimile: (202) 204-3501

Ethan E. Litwin (*pro hac vice*)
elitwin@constantinecannon.com
CONSTANTINE CANNON LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
Telephone: (212) 350-2700
Facsimile: (212) 350-2701

*Attorneys for Defendants and Counterclaimants*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, LLC, *et al.*,<br><br>　　Plaintiffs and Counterclaim Defendants,<br><br>　　v.<br><br>WRITERS GUILD OF AMERICA, WEST, INC., *et al.*,<br><br>　　Defendants and Counterclaimants,<br><br>and PATRICIA CARR, *et al.*<br><br>　　Counterclaimants. | Case No.   2:19-cv-05465-AB-AFM<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS CONSOLIDATED COMPLAINT**<br><br>Hearing Date: Dec. 6, 2019<br>Time:         10:00am<br>Courtroom:  7B<br>Judge:        Hon. André Birotte Jr. |

# DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS FIRST CONSOLIDATED COMPLAINT

TO THE COURT AND ALL COUNSEL OF RECORD, PLEASE TAKE NOTICE that on December 6, 2019, at 10:00am, in Courtroom 7B of the United States Courthouse located at 350 West First Street, Los Angeles, California 90012, Defendants Writers Guild of America West and Writers Guild of America East ("the Guilds") will, and hereby do, move pursuant to Fed. R. Civ. Pro. 12(b)(6) to dismiss all claims set forth in Plaintiffs' First Consolidated Complaint, Dkt. 42.

This motion is made on the ground that Plaintiffs' First Consolidated Complaint fails to state a claim for relief.  The Sherman Act claim asserted by all three Plaintiffs fails because Defendants' promulgation and enforcement of a Code of Conduct for the agents that Defendants authorize to represent their members in individual negotiations is protected by the labor exemption to federal antitrust law. *See, e.g.*, *H.A. Artists & Assoc. v. Actors' Equity Ass'n*, 451 U.S. 704, 721-22 (1981).  The Sherman Act claim fails to state a claim for relief for the separate and independent reasons that Plaintiffs fail to allege that Defendants imposed any unreasonable restraint on trade, fail to allege a relevant antitrust market, and lack antitrust standing.

The claim under Section 303 of the Labor Management Relations Act pled by Plaintiffs United Talent Agency ("UTA") and Creative Artists Agency ("CAA") also fails to state a claim for relief.  UTA and CAA do not allege that Defendants, through their Code of Conduct or otherwise, have sought to force any neutral secondary party to cease doing business with any other person or business—a prerequisite for establishing a violation of Section 8(b)(4) of the National Labor Relations Act and, derivatively, of Section 303 of the LMRA. Further, Defendants' Code of Conduct constitutes a valid exercise of Defendants' authority as the exclusive collective bargaining representative of their members

1  under Section 9(a) of the NLRA, and Section 8(b)(4) should not be construed to
2  conflict with Section 9(a).
3       This Motion is based on this Notice of Motion and Motion, the
4  accompanying Memorandum of Points and Authorities, the Declaration of
5  Anthony R. Segall in Support of Defendants' Motion To Dismiss Consolidated
6  Complaint, the pleadings and records on file in these consolidated matters, such
7  further papers as may be filed in connection with this Motion, and such other
8  evidence and arguments as may be presented to the Court in connection with the
9  hearing on the Motion.
10      This motion is made following the conference of counsel pursuant to L.R. 7-
11 3, which took place on October 3, 2019.

13 DATED: October 11, 2019

Stephen P. Berzon
Stacey Leyton
P. Casey Pitts
Rebecca Lee
ALTSHULER BERZON LLP

Anthony R. Segall
Juhyung Harold Lee
ROTHNER, SEGALL & GREENSTONE

W. Stephen Cannon
Ethan E. Litwin
CONSTANTINE CANNON LLP

     */s/ Stacey Leyton*
       Stacey Leyton

*Attorneys for Defendants and Counterclaimants*