1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, LLC, *et al.*, <br><br> Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> WRITERS GUILD OF AMERICA, WEST, INC., *et al.*, <br><br> Defendants and Counterclaimants, <br><br> and PATRICIA CARR, *et al.* <br><br> Counterclaimants. | Case No.   2:19-cv-05465-AB-AFM <br><br> **ORDER GRANTING STIPULATION TO MODIFY BRIEFING SCHEDULE FOR MOTION TO DISMISS CONSOLIDATED COMPLAINT** |

Having reviewed the parties' stipulation, and finding good cause, the Court hereby enters the following briefing schedule for Defendants' Motion to Dismiss Consolidated Complaint:

- Plaintiffs shall file a Consolidated Opposition to Defendants' Motion to Dismiss Consolidated Complaint on or before November 6, 2019.
- Without prejudice to any request for additional pages for the Consolidated Opposition brief should Plaintiffs have good cause to so request, each individual Plaintiff may file a Supplemental Opposition brief of no more than 3 pages limited to a discussion of issues that are specific to the claims of such individual plaintiff concurrently with the filing of the Consolidated Opposition.
- Defendants shall file their Reply in Support of Motion to Dismiss Consolidated Complaint on or before November 20, 2019.  Should any individual Plaintiff file a Supplemental Opposition, the page limit for Defendants' Reply shall be increased by the total number of pages of all Supplemental Oppositions.
- The hearing on said motion shall remain calendared for December 6, 2019 at 10:00 a.m. in Courtroom 7B.

**IT IS SO ORDERED.**

DATE: <u>October 28, 2019</u>

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　THE HON. ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　　　　United States District Judge