1  Stephen P. Berzon (SBN 46540)
   sberzon@altber.com
2  Stacey Leyton (SBN 203827)
   sleyton@altber.com
3  P. Casey Pitts (SBN 262463)
   cpitts@altber.com
4  Rebecca C. Lee (SBN 305119)
   rlee@altber.com
5  ALTSHULER BERZON LLP
   177 Post Street, Suite 300
6  San Francisco, California 94108
   Telephone: (415) 421-7151
7  Facsimile: (415) 362-8064

8  Anthony R. Segall (SBN 101340)          W. Stephen Cannon (*pro hac vice*)
   asegall@rsglabor.com                    scannon@constantinecannon.com
9  Juhyung Harold Lee (SBN 315738)         CONSTANTINE CANNON LLP
   hlee@rsglabor.com                       1001 Pennsylvania Ave, NW, Ste. 1300N
10 ROTHNER, SEGALL &                       Washington, DC 20004
   GREENSTONE                              Telephone: (202) 204-3500
11 510 South Marengo Avenue                Facsimile: (202) 204-3501
   Pasadena, California 91101
12 Telephone: (626) 796-7555               Ethan E. Litwin (*pro hac vice*)
   Facsimile: (626) 577-0124               elitwin@constantinecannon.com
13                                         CONSTANTINE CANNON LLP
                                           335 Madison Avenue, 9th Floor
14                                         New York, NY 10017
                                           Telephone: (212) 350-2700
15                                         Facsimile: (212) 350-2701

16            *Attorneys for Defendants and Counterclaimants*

17                UNITED STATES DISTRICT COURT
                 CENTRAL DISTRICT OF CALIFORNIA
18

19 WILLIAM MORRIS ENDEAVOR            Case No.   2:19-cv-05465-AB-AFM
   ENTERTAINMENT, LLC, *et al.*,
20                                    **DEFENDANTS' AMENDED**
         Plaintiffs and Counterclaim  **NOTICE OF MOTION AND**
21       Defendants,                  **MOTION TO DISMISS**
                                      **CONSOLIDATED COMPLAINT,**
22       v.                           **OR IN THE ALTERNATIVE FOR**
                                      **JUDGMENT ON THE PLEADINGS**
   WRITERS GUILD OF AMERICA,
23 WEST, INC., *et al.*,
                                      Hearing Date: Dec. 6, 2019
24       Defendants and Counterclaimants,  Time:        10:00am
                                      Courtroom:    7B
25 and PATRICIA CARR, *et al.*        Judge:       Hon. André Birotte Jr.

26       Counterclaimants.

27

28

**DEFENDANTS' AMENDED NOTICE OF MOTION AND MOTION TO DISMISS CONSOLIDATED COMPLAINT, OR IN THE ALTERNATIVE FOR JUDGMENT ON THE PLEADINGS**

TO THE COURT AND ALL COUNSEL OF RECORD, PLEASE TAKE NOTICE that on December 6, 2019, at 10:00am, in Courtroom 7B of the United States Courthouse located at 350 West First Street, Los Angeles, California 90012, Defendants Writers Guild of America West and Writers Guild of America East ("the Guilds") will, and hereby do, move pursuant to Fed. R. Civ. Pro. 12(b)(6) to dismiss, all claims set forth in Plaintiffs' First Consolidated Complaint, Dkt. 42, or in the alternative for judgment on the pleadings pursuant to Fed. R. Civ. Pro. 12(c).

This motion is made on the ground that Plaintiffs' First Consolidated Complaint fails to state a claim for relief. The Sherman Act claim asserted by all three Plaintiffs fails because Defendants' promulgation and enforcement of a Code of Conduct for the agents that Defendants authorize to represent their members in individual negotiations is protected by the labor exemption to federal antitrust law. *See, e.g.*, *H.A. Artists & Assoc. v. Actors' Equity Ass'n*, 451 U.S. 704, 721-22 (1981). The Sherman Act claim fails to state a claim for relief for the separate and independent reasons that Plaintiffs fail to allege that Defendants imposed any unreasonable restraint on trade, fail to allege a relevant antitrust market, and lack antitrust standing.

The claim under Section 303 of the Labor Management Relations Act pled by Plaintiffs United Talent Agency ("UTA") and Creative Artists Agency ("CAA") also fails to state a claim for relief. UTA and CAA do not allege that Defendants, through their Code of Conduct or otherwise, have sought to force any neutral secondary party to cease doing business with any other person or business—a prerequisite for establishing a violation of Section 8(b)(4) of the National Labor Relations Act and, derivatively, of Section 303 of the LMRA. Further, Defendants' Code of Conduct constitutes a valid exercise of Defendants'

1

1  authority as the exclusive collective bargaining representative of their members

2  under Section 9(a) of the NLRA, and Section 8(b)(4) should not be construed to

3  conflict with Section 9(a).

4       This motion is based on Defendants' initial Notice of Motion and Motion

5  filed October 11, 2019 (Dkt. 43), this Amended Notice of Motion and Motion, the

6  Memorandum of Points and Authorities filed with the initial Notice of Motion

7  (Dkt. 43-1), the Declaration of Anthony R. Segall filed with the initial Notice of

8  Motion (Dkt. 43-2), the pleadings and records on file in these consolidated matters,

9  such further papers as may be filed in connection with this motion, and such other

10  evidence and arguments as may be presented to the Court in connection with the

11  hearing on the motion.

12       This motion is made following the conference of counsel pursuant to L.R. 7-

13  3, which took place on October 3, 2019.

14       Defendants file this Amended Notice solely to provide notice that the Court

15  may treat Defendants' Fed. R. Civ. Pro. 12(b)(6) motion as a Fed. R. Civ. Pro.

16  12(c) motion for judgment on the pleadings, should it deem Fed R. Civ. Pro. 12(c)

17  a more appropriate procedural vehicle.

18

19  DATED: November 4, 2019        Stephen P. Berzon
                                   Stacey Leyton
20                                 P. Casey Pitts
                                   Rebecca Lee
21                                 ALTSHULER BERZON LLP

22                                 Anthony R. Segall
                                   Juhyung Harold Lee
23                                 ROTHNER, SEGALL & GREENSTONE

24                                 W. Stephen Cannon
                                   Ethan E. Litwin
25                                 CONSTANTINE CANNON LLP

26                                 _____/s/ Stacey Leyton_____
                                   Stacey Leyton

27                                 *Attorneys for Defendants and*
                                   *Counterclaimants*
28                                             2