Steven A. Marenberg (101033)
Victor Jih (186515)
Stephen M. Payne (310567)
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276

Adam Levin (156773)
Jeremy Mittman (248854)
Jean Pierre Nogues (84445)
**MITCHELL SILBERBERG & KNUPP LLP**
2049 Century Park E., 18th Floor
Los Angeles, CA 90067

Attorneys for Plaintiff
UNITED TALENT AGENCY, LLC

Richard B. Kendall (90072)
Patrick J. Somers (318766)
Nicholas F. Daum (236155)
**KENDALL BRILL & KELLY LLP**
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067

Attorneys for Plaintiff
CREATIVE ARTISTS AGENCY, LLC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, LLC, *et al.* | Case No. 2:19-cv-05465-AB-AFM |
| Plaintiffs and Counterclaim Defendants | **NOTICE OF EX PARTE APPLICATION AND PLAINTIFFS UTA'S AND CAA'S UNOPPOSED EX PARTE APPLICATION TO MODIFY ORDER RE BRIEFING SCHEDULE FOR MOTION TO DISMISS CONSOLIDATED COMPLAINT (DKT. 46)** |
| v. | |
| WRITERS GUILD OF AMERICA, WEST, INC, *et al.*, | |
| Defendants and Counterclaimants | |
| and PATRICIA CARR, *et al.*, | |
| Counterclaimants | |

10757877

## NOTICE OF UNOPPOSED EX PARTE APPLICATION

PLEASE TAKE NOTICE that, pursuant to Local Rules 7-10 and 7-19, Plaintiffs and Counterclaim Defendants United Talent Agency, LLC ("UTA") and Creative Artists Agency, LLC ("CAA") hereby move *ex parte* to modify the Court's order regarding the briefing schedule for Defendants' motion to dismiss the consolidated complaint (Dkt. 46). Specifically, UTA and CAA request that the order be modified to permit them to file a joint supplemental opposition of no more than 6 pages in lieu of separate supplemental oppositions of 3 pages each, as currently permitted by the Court's order. Defendants do not oppose this application.

UTA and CAA's *ex parte* request is based on this application, the incorporated memorandum of points and authorities, and the Declaration of Steven A. Marenberg and exhibits thereto filed concurrently herewith. In addition, this Application is based on all records and files in this action, any argument requested or permitted by the Court, and any other matters that the Court deems just and proper.

UTA and CAA advised counsel for Defendants of this *ex parte* application on November 1, 2019. Marenberg Decl. ¶ 3. On November 4, 2019, Defendants advised UTA and CAA that they do not oppose the application, provided the page limit for their reply brief is increased by the same number of pages used by UTA and CAA (as would be permitted by the current order). *Id*. Defendants' counsel includes: Stephen P. Berzon, Stacey Leyton, P. Casey Pitts, and Rebecca C. Lee of Altshuler Berzon LLP, 177 Post Street, Suite 300, San Francisco, CA 94108, (415) 421-7151, sberzon@altber.com, sleyton@altber.com, cpitts@altber.com, rlee@altber.com.

## MEMORANDUM OF POINTS AND AUTHORITIES

On October 28, 2019, the Court issued an order regarding the briefing schedule for Defendants' pending motion to dismiss Plaintiffs' consolidated complaint (Dkt. 46) ("the Order"). The Order directed Plaintiffs to file a consolidated opposition to Defendants' motion on or before November 6, 2019, and further permitted Plaintiffs to each file a separate supplemental opposition of up to 3 pages each regarding

individualized issues. Dkt. 46. The Order further provided that the page-limit for Defendants' reply brief would be increased by the same number of pages as actually used by Plaintiffs in their supplemental oppositions. *Id.*

Plaintiffs' First Consolidated Complaint ("FCC") asserts an antitrust claim on behalf of all Plaintiffs, and an alternative claim by UTA and CAA only under Section 303 of the Labor Management Relations Act. FCC (Dkt. 42), at p. 57. In the course of preparing their supplemental opposition briefs, UTA and CAA concluded that it would be more efficient to respond to the Section 303 related arguments in a joint supplemental brief of 6 pages or less, rather than separate (and likely duplicative) supplemental briefs of 3 pages each. Accordingly, UTA and CAA hereby move to modify the Court's October 28 order to permit them to file a joint supplemental brief of 6 pages or less, rather than individual briefs of 3 pages or less (which could total up to 6 pages). The supplemental brief would remain limited to UTA and CAA's individual claims and would not address any claim raised by WME in the FCC.

Good cause exists to modify the Order because UTA and CAA's request would enhance efficiency for both the Court and the parties by reducing the number of briefs and avoiding duplicative filings, and would not expand the currently authorized page limits. UTA and CAA would have the same number of pages of supplemental briefing as permitted under the current Order (6 pages), but would file those pages in a joint brief rather than separate briefs. Further, Defendants do not oppose the application and would have the same number of additional pages for their reply as permitted under the current order.

In addition, this matter is appropriate to resolve via an *ex parte* application as it seeks a "routine exemption"[1] to the Local Rules and there is insufficient time to modify the Order via a regularly noticed motion, as Plaintiffs' opposition briefs are due by Wednesday, November 6, 2019. Dkt. 46.

---

[1] *See* https://www.cacd.uscourts.gov/honorable-andr%C3%A9-birotte-jr.

1    Dated: November 4, 2019        Respectfully submitted,

2                                        IRELL & MANELLA LLP

3                                        MITCHELL SILBERBERG & KNUPP LLP

4

5                                        By:   */s/ Steven A. Marenberg*
                                                   Steven A. Marenberg (101033)

6                                                    smarenberg@irell.com
                                                   Victor Jih (186515)

7                                                    vjih@irell.com
                                                   Stephen M. Payne (310567)

8                                                    spayne@irell.com
                                                   1800 Avenue of the Stars, Suite 900

9                                                    Los Angeles, California 90067-4276
                                                   Telephone: (310) 277-1010

10                                                 Facsimile: (310) 203-7199

11                                                 Adam Levin (156773)
                                                axl@msk.com

12                                                 Jeremy Mittman (248854)
                                                j2m@msk.com

13                                                 Jean Pierre Nogues (84445)
                                                jpn@msk.com

14                                                 2049 Century Park E., 18th Floor
                                                Los Angeles, CA 90067

15                                                 Telephone: (310) 312-2000
                                                Facsimile: (310) 312-3100

16                                                 Attorneys for Plaintiff

17                                                 UNITED TALENT AGENCY, LLC

18

19

20

21

22

23

24

25

26

27

28

1

DATED:  November 4, 2019                    KENDALL BRILL & KELLY LLP

2

3
                                            By:  */s/ Richard B. Kendall*
4
                                                  Richard B. Kendall (90072)
                                                  rkendall@kbkfirm.com
5
                                                  Patrick J. Somers (318766)
6
                                                  psomers@kbkfirm.com
                                                  Nicholas F. Daum (236155)
7
                                                  ndaum@kbkfirm.com
8
                                                  Sarah E. Moses (291491)
                                                  smoses@kbkfirm.com
9
                                                  10100 Santa Monica Blvd., Suite
10
                                                  1725
                                                  Los Angeles, California 90067
11
                                                  Telephone: 310.556.2700
12
                                                  Facsimile: 310.556.2705

13
                                                  Attorneys for Plaintiff
14
                                                  CREATIVE ARTISTS AGENCY,
                                                  LLC
15

16

17

18

19

20

21

22

23

24

25

26

27

28