UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:19-cv-05465-AB-AFMx | Date: | December 2, 2019 |
|---|---|---|---|

Title: *William Morris Endeavor Entm't, Inc. et al. v. Writers Guild of Am. et al.*

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] ORDER <u>**DENYING**</u> REQUEST OF THE UNITED STATES TO PARTICIPATE IN THE DECEMBER 6, 2019 HEARING ON DEFENDANTS' MOTION TO DISMISS

On November 26, 2019, the United States filed a statement of interest in this case pursuant to 28 U.S.C. § 517. (Dkt. No. 59.) In sum, the United States stated that development of the factual record is necessary to properly resolve this case, and that the United States takes no position on this case's merits. *Id.* at 1. On November 27, 2019, the United States filed a request to participate in the December 6, 2019 hearing on Defendants Writers Guild of America, West, Inc. and Writers Guild of America, East, Inc.'s ("Defendants") motion to dismiss. (Dkt. No. 60.) Defendants oppose this request. (Dkt. No. 61.)

The United States' request to participate in the December 6, 2019 hearing on Defendants' motion to dismiss is **DENIED**.

**IT IS SO ORDERED**.