# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| **Case No.:** CV 19-05465-AB (AFMx) | **Date:** December 6, 2019 |
| **Title:** William Morris Endeavor Entertainment, LLC v. Writers Guild of America, West, Inc. et al | |

**Present: The Honorable ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| David Greenspan | Anthony R Segall |
| Richard Kendall | Ethan E Litwin, PHV |
| Jeffrey L Kessler, PHV | P Casey Pitts |
| Adam Levin | Stacey M Leyton |

**Proceedings:** DEFENDANTS' MOTION TO DISMISS CONSOLIDATED COMPLAINT [47]

The Courtroom Deputy Clerk distributes the Court's tentative rulings prior to the case being called.

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motion under submission.