| | |
|---|---|
| Steven A. Marenberg (101033)<br>Victor Jih (186515)<br>Stephen M. Payne (310567)<br>**IRELL & MANELLA LLP**<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067-4276<br><br>Adam Levin (156773)<br>Jeremy Mittman (248854)<br>Jean Pierre Nogues (84445)<br>**MITCHELL SILBERBERG & KNUPP LLP**<br>2049 Century Park E., 18th Floor<br>Los Angeles, CA 90067<br><br>Attorneys for Plaintiff/Counterclaim-Defendant<br>UNITED TALENT AGENCY, LLC<br><br>Jeffrey L. Kessler (*pro hac vice*)<br>David L. Greenspan (*pro hac vice*)<br>Isabelle Mercier-Dalphond (*pro hac vice*)<br>**WINSTON & STRAWN LLP**<br>200 Park Avenue<br>New York, NY 10166-4193 | Diana Hughes Leiden (267606)<br>Shawn Obi (288088)<br>**WINSTON & STRAWN LLP**<br>333 South Grand Avenue, 38th Floor<br>Los Angeles, CA 90071-1543<br><br>Attorneys for Plaintiff/Counterclaim-Defendant<br>WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, LLC<br><br>Richard B. Kendall (90072)<br>Patrick J. Somers (318766)<br>Nicholas F. Daum (236155)<br>**KENDALL BRILL & KELLY LLP**<br>10100 Santa Monica Blvd., Suite 1725<br>Los Angeles, California 90067<br><br>Attorneys for Plaintiff/Counterclaim-Defendant<br>CREATIVE ARTISTS AGENCY, LLC. |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, LLC, CREATIVE ARTISTS AGENCY, LLC and UNITED TALENT AGENCY, LLC,<br><br>    Plaintiffs and Counterclaim-Defendants,<br><br>    v.<br><br>WRITERS GUILD OF AMERICA, WEST, INC. and WRITERS GUILD OF AMERICA, EAST, INC.,<br><br>    Defendants and Counterclaimants,<br><br>and PATRICIA CARR, *et al.*,<br><br>    Counterclaimants. | **Case No. 2:19-cv-05465-AB-AFM (FFMx)**<br><br>**DECLARATION OF JEFFREY L. KESSLER IN SUPPORT OF PLAINTIFFS AND COUNTERCLAIM-DEFENDANTS WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, LLC'S, CREATIVE ARTISTS AGENCY, LLC'S, AND UNITED TALENT AGENCY, LLC'S REPLY IN SUPPORT OF THEIR MOTION TO DISMISS COUNTERCLAIMANTS' CONSOLIDATED COUNTERCLAIMS** |

I, Jeffrey L. Kessler, declare as follows:

1. I am a partner at Winston & Strawn LLP and counsel to Plaintiff and Counterclaim-Defendant William Morris Endeavor Entertainment, LLC ("WME") in this action.

2. I make this declaration based upon my own personal knowledge in support of Plaintiffs and Counterclaim-Defendants WME's, Creative Artists Agency, LLC's ("CAA"), and United Talent Agency, LLC's ("UTA") Reply in Support of their Motion to Dismiss Counterclaimants' Consolidated Counterclaims.

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from Appellant's Ninth Circuit Opening Brief in *Lenhoff v. United Talent Agency, Inc.*, No. 2:15-cv-01086, Dkt. No. 19.

4. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from Appellant's Ninth Circuit Reply Brief in *Lenhoff v. United Talent Agency, Inc.*, No. 2:15-cv-01086, Dkt. No. 43.

I declare that the foregoing is true and correct. Executed this 3rd day of January, 2020, at New York, New York.

By: */s/ Jeffrey L. Kessler*
Jeffrey L. Kessler
jkessler@winston.com
200 Park Avenue
New York, NY 10166-4193
Telephone: 212-294-6700
Facsimile: 212-294-4700