| | |
|---|---|
| Steven A. Marenberg (101033)<br>Victor Jih (186515)<br>Stephen M. Payne (310567)<br>**IRELL & MANELLA LLP**<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067-4276<br><br>Adam Levin (156773)<br>Jeremy Mittman (248854)<br>Jean Pierre Nogues (84445)<br>**MITCHELL SILBERBERG & KNUPP LLP**<br>2049 Century Park E., 18th Floor<br>Los Angeles, CA 90067<br><br>Attorneys for Plaintiff/Counterclaim-Defendant<br>UNITED TALENT AGENCY, LLC<br><br>Jeffrey L. Kessler (*pro hac vice*)<br>David L. Greenspan (*pro hac vice*)<br>Isabelle Mercier-Dalphond (*pro hac vice*)<br>**WINSTON & STRAWN LLP**<br>200 Park Avenue<br>New York, NY 10166-4193 | Diana Hughes Leiden (267606)<br>Shawn Obi (288088)<br>**WINSTON & STRAWN LLP**<br>333 South Grand Avenue, 38th Floor<br>Los Angeles, CA  90071-1543<br><br>Attorneys for Plaintiff/Counterclaim-Defendant<br>WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, LLC<br><br>Richard B. Kendall (90072)<br>Patrick J. Somers (318766)<br>Nicholas F. Daum (236155)<br>**KENDALL BRILL & KELLY LLP**<br>10100 Santa Monica Blvd., Suite 1725<br>Los Angeles, California 90067<br><br>Attorneys for Plaintiff/Counterclaim-Defendant<br>CREATIVE ARTISTS AGENCY, LLC. |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, LLC, CREATIVE ARTISTS AGENCY, LLC and UNITED TALENT AGENCY, LLC,<br><br>  Plaintiffs and Counterclaim-Defendants,<br><br>v.<br><br>WRITERS GUILD OF AMERICA, WEST, INC. and WRITERS GUILD OF AMERICA, EAST, INC.,<br><br>  Defendants and Counterclaimants,<br><br>and PATRICIA CARR, *et al.*,<br><br>  Counterclaimants. | **Case No. 2:19-cv-05465-AB-AFM (FFMx)**<br><br>**PLAINTIFFS AND COUNTERCLAIM-DEFENDANTS WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, LLC'S, CREATIVE ARTISTS AGENCY, LLC'S, AND UNITED TALENT AGENCY, LLC'S REQUEST FOR JUDICIAL NOTICE** |

# REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201 and in connection with their Motion to Dismiss Counterclaimants' Consolidated Counterclaims, Plaintiffs and Counterclaim-Defendants respectfully request that the Court take judicial notice of the documents attached as Exhibits 1 and 2 to the concurrently filed Declaration of Jeffrey L. Kessler and referenced in Plaintiffs' and Counterclaim-Defendants' reply brief.

A court may consider judicially noticeable facts in connection with a motion to dismiss. *Shwarz v. United States*, 234 F.3d 428, 435 (9th Cir. 2000); *see also MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986). Pursuant to Federal Rule of Evidence 201, it is appropriate for courts to take judicial notice of a fact not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court, or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned, including documents available online. A court may also consider documents that constitute "matters of public record," including public filings in other courts. *United States v. Corinthian Colleges*, 655 F. 3d 984, 999 (9th Cir. 2011) (citing *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001)); *see also Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) (a court "may take judicial notice of court filings and other matters of public record").

Exhibits 1 and 2 to the Kessler Declaration are excerpts from Appellant's Ninth Circuit Opening and Reply Briefs in *Lenhoff v. United Talent Agency, Inc.*, No. 2:15-cv-01086, Dkt. Nos. 19 and 43. The Court may take judicial notice of these publicly available documents filed in the United States Court of Appeals for the Ninth Circuit. Plaintiffs and Counterclaim-Defendants respectfully request that this Court take judicial notice of these documents and consider them in conjunction with their Motion to Dismiss.

| | | |
|---|---|---|
| 1 | Dated:  January 3, 2020 | WINSTON & STRAWN LLP |
| 2 | | |
| 3 | | By: */s/ Jeffrey L. Kessler*<br>Jeffrey L. Kessler<br>jkessler@winston.com |
| 4 | | David L. Greenspan<br>dgreenspan@winston.com |
| 5 | | Isabelle Mercier-Dalphond<br>imercier@winston.com |
| 6 | | 200 Park Avenue<br>New York, NY 10166-4193 |
| 7 | | Telephone: 212-294-6700<br>Facsimile: 212-294-4700 |
| 8 | | |
| 9 | | Diana Hughes Leiden (267606)<br>dhleiden@winston.com |
| 10 | | Shawn R. Obi (288088)<br>sobi@winston.com |
| 11 | | 333 South Grand Avenue, 38th Floor<br>Los Angeles, CA  90071-1543 |
| 12 | | Telephone:    213-615-1700<br>Facsimile:     213-615-1750 |
| 13 | | |
| 14 | | Attorneys for Plaintiff/Counterclaim-Defendant<br>WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, LLC |
| 15 | | |
| 16 | Dated: January 3, 2020 | IRELL & MANELLA LLP<br>MITCHELL SILBERBERG & KNUPP LLP |
| 17 | | |
| 18 | | By:  */s/ Steven A. Marenberg* |
| 19 | | Steven A. Marenberg (101033)<br>smarenberg@irell.com |
| 20 | | Victor Jih (186515)<br>vjih@irell.com |
| 21 | | Stephen M. Payne (310567)<br>spayne@irell.com |
| 22 | | 1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067-4276 |
| 23 | | Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199 |
| 24 | | |
| 25 | | Adam Levin (156773)<br>axl@msk.com |
| 26 | | Jeremy Mittman (248854)<br>j2m@msk.com |
| 27 | | Jean Pierre Nogues (84445)<br>jpn@msk.com |
| 28 | | 2049 Century Park E., 18th Floor<br>Los Angeles, CA 90067 |

|   |   |   |
|---|---|---|
| 1 |  | Telephone: (310) 312-2000 |
| 2 |  | Facsimile: (310) 312-3100 |
| 3 |  | Attorneys for Plaintiff/Counterclaim Defendant |
| 4 |  | UNITED TALENT AGENCY, LLC |
| 5 | DATED: January 3, 2020 | KENDALL BRILL & KELLY LLP |
| 6 |  | By: /s/ Richard B. Kendall |
| 7 |  | Richard B. Kendall (90072) rkendall@kbkfirm.com |
| 8 |  | Patrick J. Somers (318766) psomers@kbkfirm.com |
| 9 |  | Nicholas F. Daum (236155) ndaum@kbkfirm.com |
| 10 |  | Sarah E. Moses (291491) smoses@kbkfirm.com |
| 11 |  | 10100 Santa Monica Blvd., Suite 1725 Los Angeles, California 90067 |
| 12 |  | Telephone: 310.556.2700 Facsimile: 310.556.2705 |
| 13 |  | Attorneys for Plaintiff/Counterclaim-Defendant |
| 14 |  | CREATIVE ARTISTS AGENCY, LLC |
| 15 |  |  |
| 16 |  |  |
| 17 |  |  |
| 18 |  |  |
| 19 |  |  |
| 20 |  |  |
| 21 |  |  |
| 22 |  |  |
| 23 |  |  |
| 24 |  |  |
| 25 |  |  |
| 26 |  |  |
| 27 |  |  |
| 28 |  |  |