UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 19-05465-AB (AFMx) | Date: | January 24, 2020 |
| Title: | William Morris Endeavor Entertainment, LLC v. Writers Guild of America, West, Inc. et al | | |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| David L Greenspan | Anthony R Segall |
| Jeffrey L Kessler | Ethan E Litwin |
| Patrick J Somers | Rebecca C Lee |
| Steven A Marenberg | Stacey M Leyton |
| | Stephen P Berzon |

**Proceedings:** PLAINTIFFS AND COUNTERCLAIM DEFENDANTS WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, LLC'S, CREATIVE ARTISTS AGENCY, LLC'S, AND UNITED TALENT AGENCY, LLC'S MOTION TO DISMISS COUNTERCLAIMANTS' CONSOLIDATED COUNTERCLAIMS [54]

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motion under submission.