# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, LLC, CREATIVE ARTISTS AGENCY, LLC and UNITED TALENT AGENCY, LLC,<br><br>Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>WRITERS GUILD OF AMERICA, WEST, INC. and WRITERS GUILD OF AMERICA, EAST, INC.,<br><br>Defendants and Counterclaimants,<br><br>and PATRICIA CARR, ASHLEY GABLE, BARBARA HALL, DERIC A. HUGHES, DEIRDRE MANGAN, DAVID SIMON, and MEREDITH STIEHM,<br><br>Counterclaimants. | Case No. 2:19-cv-05465-AB (FFMx)<br><br>Hon. André Birotte Jr.<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO SELECT MEDIATOR** |

1  The Court hereby GRANTS the Parties' Joint Stipulation to Extend Time to
2  Select Mediator. The deadline to select a mediator pursuant to the Court's
3  Order/Referral to ADR (Dkt. 72) shall be extended 21 days, to and including February
4  19, 2020.

5  IT IS SO ORDERED.

6
7  Dated: February 5, 2020

8  Hon. André Birotte Jr.
   Judge, Central District of California

- 1 -