[Counsel listed on attached signature pages]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| William Morris Endeavor Entertainment, LLC et al. [all parties listed on signature pages]<br><br><br>v.<br><br>Plaintiff(s)<br><br>Writers Guild of America, West, Inc. et al. [all parties listed on signature pages]<br><br>Defendant(s). | CASE NUMBER:<br><br>2:19-cv-05465-AB-AFMx<br><br><br>**STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |

**CHECK ONLY ONE BOX:**

[✓] The parties stipulate that _____Gail Migdal Title_____ may serve as the Panel Mediator in the above-captioned case. _Counsel for Plaintiffs and Counsel for Defendants & Counterclaimants_ has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three (3)hours. All parties and the Panel Mediator have agreed that the mediation will be held on ___[to be scheduled]___ and counsel will submit mediation statements seven (7) calendar days (Date) before the session.

[ ] The parties request that the ADR Program staff assign to the above-captioned case a Panel Mediator with expertise in the following area of law : _____

Dated: _____     [See attached signature pages] _____
                              Attorney For Plaintiff _____

Dated: _____     _____
                              Attorney For Plaintiff _____

Dated: _____     _____
                              Attorney For Defendant _____

Dated: _____     _____
                              Attorney For Defendant _____

Attorney for Plaintiff to electronically file original document.

| | |
|---|---|
| 1 | Dated: February 20, 2020 |
| 2 | |

Respectfully submitted,

IRELL & MANELLA LLP
MITCHELL SILBERBERG & KNUPP
LLP

By: /s/ *Steven A. Marenberg*
Steven A. Marenberg (101033)
smarenberg@irell.com
Stephen M. Payne (310567)
spayne@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: 310-277-1010
Facsimile: 310-203-7199

Adam Levin (156773)
axl@msk.com
Jeremy Mittman (248854)
j2m@msk.com
Jean Pierre Nogues (84445)
jpn@msk.com
2049 Century Park East, 18th Floor
Los Angeles, CA 90067
Telephone: 310-312-2000
Facsimile: 310-312-3100

Attorneys for Plaintiff/Counterclaim
Defendant UNITED TALENT AGENCY,
LLC

WINSTON & STRAWN LLP

By: /s/ *David L. Greenspan*
Jeffrey L. Kessler
jkessler@winston.com
David L. Greenspan
dgreenspan@winston.com
Isabelle Mercier-Dalphond
imercier@winston.com
200 Park Avenue

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

New York, NY 10166-4193
Telephone: 212-294-6700
Facsimile: 212-294-4700

Diana Hughes Leiden (267606)
dhleiden@winston.com
Shawn R. Obi (288088)
sobi@winston.com
333 South Grand Avenue, 38th Floor
Los Angeles, CA  90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750

Attorneys for Plaintiff/Counterclaim
Defendant WILLIAM MORRIS
ENDEAVOR ENTERTAINMENT,
LLC

KENDALL BRILL & KELLY LLP

By: /s/ *Richard B. Kendall*
Richard B. Kendall (90072)
rkendall@kbkfirm.com
Patrick J. Somers (318766)
psomers@kbkfirm.com
Nicholas F. Daum (236155)
ndaum@kbkfirm.com
Sarah E. Moses (291491)
smoses@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, CA 90067
Telephone: 310-556-2700
Facsimile: 310-556-2705

Attorneys     for     Plaintiff/Counterclaim
Defendant     CREATIVE     ARTISTS
AGENCY, LLC

1

ALTSHULER BERZON LLP

2

By: /s/ *P. Casey Pitts*

3

Stephen P. Berzon (SBN 46540)
sberzon@altber.com

4

Stacey Leyton (SBN 203827)

5

sleyton@altber.com

6

P. Casey Pitts (SBN 262463)
cpitts@altber.com

7

Rebecca C. Lee (SBN 305119)
rlee@altber.com

8

Andrew Kushner (SBN 316035)

9

akushner@altber.com

10

ALTSHULER BERZON LLP
177 Post Street, Suite 300

11

San Francisco, CA 94108

12

Telephone: 415-421-7151
Facsimile: 415-362-8064

13

14

ROTHNER, SEGALL & GREENSTONE
CONSTANTINE CANNON LLP

15

16

Anthony R. Segall (SBN 101340)
asegall@rsglabor.com

17

Juhyung Harold Lee (SBN 315738)
hlee@rsglabor.com

18

ROTHNER, SEGALL & GREENSTONE

19

510 South Marengo Avenue
Pasadena, CA 91101

20

Telephone: 626-796-7555

21

Facsimile: 626-577-0124

22

23

W. Stephen Cannon (pro hac vice)
scannon@constantinecannon.com

24

CONSTANTINE CANNON LLP
1001 Pennsylvania Ave. NW, Ste. 1300N

25

Washington, DC 20004

26

Telephone: 202-204-3500
Facsimile: 202-204-3501

27

28

Ethan E. Litwin (pro hac vice)

elitwin@constantinecannon.com
CONSTANTINE CANNON LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
Telephone: 212-350-2700
Facsimile: 212-350-2701

Attorneys for Defendants WRITERS GUILD OF AMERICA, WEST, INC. and WRITERS GUILD OF AMERICA, EAST, INC., and Counterclaimants PATRICIA CARR, ASHLEY GABLE, BARBARA HALL, DERIC A. HUGHES, DEIRDRE MANGAN, DAVID SIMON, and MEREDITH STIEHM.