UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **2:19-cv-05465-AB-AFMx** | Date: April 29, 2020 |
| Title | **William Morris Endeavor Entertainment, LLC, et al. v. Writers Guild of America West, Inc., et al.** | |

Present: The Honorable:   ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):   Order Vacating May 19, 2020 Hearing on Defendants and Counterclaimants' Motion to Compel  (ECF No. 105)**

   The hearing on Defendants and Counterclaimants' Motion to Compel noticed for May 19, 2020, at 10 a.m., is TAKEN OFF CALENDAR.  No appearance is necessary.  Local Rule 7-15.  The motion shall stand submitted on the basis of the papers timely filed.  The timing of the filing of any supplemental briefs shall be based on the hearing date as originally noticed.

   IT IS SO ORDERED.

Initials of Preparer     : ib