NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, LLC, *et al.*, <br><br> Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> WRITERS GUILD OF AMERICA, WEST, INC., *et al.*, <br><br> Defendants and Counterclaimants, <br><br> and PATRICIA CARR, *et al.* <br><br> Counterclaimants. | Case No. 2:19-cv-05465-AB-AFM <br><br> **ORDER GRANTING STIPULATION TO MODIFY BRIEFING SCHEDULE FOR MOTION TO DISMISS FIRST AMENDED CONSOLIDATED COUNTERCLAIMS** |

1  Having reviewed the parties' stipulation, and finding good cause, the Court
2  hereby enters the following briefing schedule for Plaintiffs' Motion to Dismiss the
3  First Amended Consolidated Counterclaims:
4  • Plaintiffs shall file a Motion to Dismiss the First Amended
5  Consolidated Counterclaims on or before May 27, 2020.
6  • Defendants shall file their Opposition to Plaintiffs' Motion to Dismiss
7  the First Amended Consolidated Counterclaims on or before June 12, 2020.
8  • Plaintiffs shall file their Reply on or before June 26, 2020.
9  • The hearing on said motion shall be calendared for July 10, 2020 at
10  10:00 a.m.

12  The parties shall comply with the Court's Standing Order with respect to
13  page limitations. (*See* Dkt. No. 13 at 4–5.)

15  IT IS SO ORDERED.

17  DATE: May 22, 2020  _____
18  THE HON. ANDRÉ BIROTTE JR.
United States District Judge

1
ORDER RE STIP. TO MODIFY BRIEFING SCHEDULE, Case No. 2:19-cv-05465-AB-AFM