UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.: | CV 19-05465-AB (AFMx) |
| Date: | July 10, 2020 |
| Title: | William Morris Endeavor Entertainment, LLC v. Writers Guild of America, West, Inc. et al |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):

Jeffrey L Kessler
Adam Levin
Steven A Marenberg
Nicholas Frederic Daum
Patrick J Somers
Richard B Kendall
Isabel Mercier
Gilbert Lee

Attorney(s) Present for Defendant(s):

Anthony R Segall
Ethan E Litwin
P Casey Pitts
Rebecca C Lee
Stacey M Leyton
Stephen P Berzon
Juhyung Harold Lee
Andrew Edward Kushner
Ann M Burdick

**Proceedings:** PLAINTIFFS AND COUNTERCLAIM DEFENDANTS WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, LLC'S, CREATIVE ARTISTS AGENCY, LLC'S, AND UNITED TALENT AGENCY, LLC'S MOTION TO DISMISS COUNTERCLAIMANTS' FIRST AMENDED CONSOLIDATED COUNTERCLAIMS [117] (Telephonic)

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motion under submission.