PAUL HASTINGS LLP
STEVEN A. MARENBERG (101033)
stevenmarenberg@paulhastings.com
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (310) 620-5700
Facsimile: (310) 620-5899

D. SCOTT CARLTON (239151)
scottcarlton@paulhastings.com
BRIAN S. KAEWERT (305140)
briankaewert@paulhastings.com
JOSEPH N. MONTOYA (322279)
josephmontoya@paulhastings.com
515 S. Flower St
Los Angeles, CA 90071
Telephone: 1(213) 683-6000
Facsimile: 1(213) 627-0705

Attorneys for Plaintiff and Counterclaim Defendant United Talent Agency, LLC

MITCHELL SILBERBERG & KNUPP LLP
ADAM LEVIN (156773)
Adam Levin axl@msk.com
GILBERT S. LEE (SB # 267247)
gsl@msk.com
DANIEL INNAMORATI (294300)
dji@msk.com
2049 Century Park E., 18th Floor
Los Angeles, CA 90067
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, LLC, *et al.*, <br><br> Plaintiffs and Counterclaim Defendants, <br><br> vs. <br><br> WRITERS GUILD OF AMERICA, WEST, INC., et al., <br><br> Defendants and Counterclaimants <br><br> and <br><br> PATRICIA CARR, et al. <br><br> Counterclaimants. | Ref. No. 2:19-cv-05465-AB-AFM <br><br> **JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER

Plaintiff and Counterclaim Defendant United Talent Agency, LLC ("UTA"), on the one hand, and Defendants and Counterclaimants Writers Guild of America, West, Inc. and Writers Guild of America, East, Inc., and Counterclaimants Barbara Hall and Deirdre Mangan, on the other, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of:

(1) All claims filed by UTA against the Writers Guild of America, West, Inc. and Writers Guild of America, East, Inc.;

(2) All counterclaims filed by the Writers Guild of America, West, Inc. and Writers Guild of America, East, Inc. against UTA; and,

(3) All counterclaims filed by Barbara Hall and Deirdre Mangan against UTA.

Each party shall bear its own costs and fees, including all attorney's fees.

Dated: July 17, 2020　　　　　　　　　PAUL HASTINGS LLP

By: */s/ Steven A. Marenberg*
Steven A. Marenberg (101033)
stevenmarenberg@paulhastings.com
1999 Avenue of the Stars, 27th Floor
Los Angeles, California 90067
Telephone: (310) 620-5700
Facsimile: (310) 620-5899

D. Scott Carlton (239151)
scottcarlton@paulhastings.com
515 South Flower Street, 25th Floor
Los Angeles, California 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

```
                            MITCHELL SILBERBERG & KNUPP LLP
                                Adam Levin (156773)
                                axl@msk.com
                                Jeremy Mittman (248854)
                                j2m@msk.com
                                Jean Pierre Nogues (84445)
                                jpn@msk.com
                                2049 Century Park E., 18th Floor
                                Los Angeles, CA 90067
                                Telephone: (310) 312-2000
                                Facsimile: (310) 312-3100

                            Attorneys for Plaintiff/Counterclaim-
                            Defendant UNITED TALENT
                            AGENCY, LLC

DATED: July 17, 2020        ALTSHULER BERZON LLP

                            By: /s/ P. Casey Pitts
                                P. Casey Pitts (SBN 262463)
                                cpitts@altber.com
                                Stephen P. Berzon (SBN 46540)
                                sberzon@altber.com
                                Stacey Leyton (SBN 203827)
                                sleyton@altber.com
                                Rebecca C. Lee (SBN 305119)
                                rlee@altber.com
                                Andrew Kushner (SBN 316035)
                                akushner@altber.com
                                177 Post Street, Suite 300
                                San Francisco, California 94108
                                Telephone: (415) 421-7151
                                Facsimile: (415) 362-806

                            ROTHNER, SEGALL & GREENSTONE
                                Anthony R. Segall (SBN 101340)
                                asegall@rsglabor.com
                                Juhyung Harold Lee (SBN 315738)
                                hlee@rsglabor.com
                                510 South Marengo Avenue
```

Pasadena, California 91101
Telephone: (626) 796-7555
Facsimile: (626) 577-0124

CONSTANTINE CANNON LLP
W. Stephen Cannon (*pro hac vice*)
scannon@constantinecannon.com
1001 Pennsylvania Ave, NW, Ste. 1300N
Washington, DC 20004
Telephone: (202) 204-3500
Facsimile: (202) 204-3501

Ethan E. Litwin (*pro hac vice*)
elitwin@constantinecannon.com
335 Madison Avenue, 9th Floor
New York, NY 10017
Telephone: (212) 350-2700
Facsimile: (212) 350-2701

Attorneys for Defendants and Counterclaimants

Ann M. Burdick (*pro hac vice*)
aburdick@wgaeast.org
Writers Guild of America, East, Inc.
250 Hudson Street, Suite 700
New York, New York 10013
Telephone: (212) 767-7800
Facsimile: (212) 582-1909

Attorney for Defendant and Counterclaimant Writers Guild of America, East, Inc.

# [PROPOSED] ORDER

This matter came before the Court on a Joint Stipulation for Dismissal with Prejudice filed by Plaintiff and Counterclaim Defendant United Talent Agency, LLC ("UTA"), on the one hand, and Defendants and Counterclaimants Writers Guild of America, West, Inc. and Writers Guild of America, East, Inc., and Counterclaimants Barbara Hall and Deirdre Mangan.  The Stipulation is hereby GRANTED and the following claims are dismissed with prejudice:

(1) All claims filed by UTA against the Writers Guild of America, West, Inc. and Writers Guild of America, East, Inc.;

(2) All counterclaims filed by the Writers Guild of America, West, Inc. and Writers Guild of America, East, Inc. against UTA; and,

(3) All counterclaims filed by Barbara Hall and Deirdre Mangan against UTA.

Each party shall bear its own costs and fees, including all attorney's fees.

IT IS SO ORDERED.

Dated: _____          _____

                                                   UNITED STATES DISTRICT COURT JUDGE

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Steven A. Marenberg, attest that the other signatories listed, and on whose behalf this filing is submitted, concur in the filing content and have authorized this filing.

By: /s/ *Steven A. Marenberg*