1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, LLC, *et al.*, <br> Plaintiffs and Counterclaim Defendants, <br> v. <br> WRITERS GUILD OF AMERICA, WEST, INC., *et al.*, <br>    Defendants and Counterclaimants, <br> and PATRICIA CARR, *et al.* <br>    Counterclaimants. | Case No. 2:19-cv-05465-AB-AFM <br> Hon. André Birotte Jr. <br><br> **ORDER GRANTING STIPULATION EXTENDING CASE SCHEDULE** |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Having reviewed the parties' stipulation, and finding good cause, the Court hereby extends the case schedule as follows:

| Trial and Final Pretrial Conference Dates | Current Date | New Date |
|---|---|---|
| Trial | 03/23/2021 | 08/24/2021 |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions In Limine | 03/05/2021 | 08/06/2021 |

| Event | Weeks Before FPTC | Current Date | New Date |
|---|---|---|---|
| Last Date to **Hear** Motion to Amend Pleadings /Add Parties [Friday] | | 10/23/2020 | 03/19/2021 |
| Non-Expert Discovery Cut-Off | 17 | 10/01/2020 | 03/01/2021 |
| Expert Disclosure (Initial) | | 09/11/2020 | 02/11/2021 |
| Expert Disclosure (Rebuttal) | | 10/09/2020 | 03/09/2021 |
| Expert Discovery Cut-Off | 12[2] | 12/11/2020 | 05/11/2021 |
| Last Date to **Hear** Motions  [Friday]<br>• Rule 56 Motion due at least 5 weeks before hearing<br>• Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed | 12 | 12/11/2020 | 05/14/2021 |
| Deadline to Complete Settlement Conference [L.R. 16-15] | 10 | 12/25/2020 | 05/25/2021 |
| **Trial Filings (first round)**<br>• Motions In Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] *(court trial only)*<br>• Declarations containing Direct Testimony, if ordered *(court trial only)* | 3 | 03/02/2021 | 08/02/2021 |
| **Trial Filings (second round)**<br>• Oppositions to Motions In Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions *(jury trial only)*<br>• Disputed Proposed Jury Instructions *(jury trial only)*<br>• Joint Proposed Verdict Forms *(jury trial only)*<br>• Joint Proposed Statement of the Case *(jury trial only)*<br>• Proposed Additional Voir Dire Questions, if any *(jury trial only)*<br>• Evidentiary Objections to Decls. of Direct Testimony *(court trial only)* | 2 | 03/09/2021 | 08/09/2021 |

IT IS SO ORDERED.

Dated:  August 17, 2020

_____
Hon. André Birotte Jr.
United States District Judge