JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, LLC,<br><br>　　　Plaintiff and Counterclaim-Defendant,<br><br>　　v.<br><br>WRITERS GUILD OF AMERICA, WEST, INC. and WRITERS GUILD OF AMERICA, EAST, INC.,<br><br>　　　Defendants and Counterclaimants,<br><br>and MEREDITH STIEHM,<br><br>　　　Counterclaimant. | Case No. 2:19-cv-05465-AB-AFMx<br><br>Hon. André Birotte Jr.<br><br>**ORDER GRANTING JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:　June 24, 2019 |

# ORDER

This matter came before the Court on a Joint Stipulation for Dismissal with Prejudice filed by Plaintiff and Counterclaim Defendant William Morris Endeavor Entertainment, LLC ("WME"), on the one hand, and Defendants and Counterclaimants Writers Guild of America, West, Inc. ("WGAW") and Writers Guild of America, East, Inc. ("WGAE"), and Counterclaimant Meredith Stiehm on the other. The Stipulation is hereby GRANTED and the following claims are dismissed with prejudice:

(1) All claims filed by WME against WGAW and WGAE;

(2) All counterclaims filed by WGAW and WGAE against WME;

(3) All counterclaims filed by Meredith Stiehm against WME.

Each party shall bear its own costs and fees, including all attorney's fees.

**IT IS SO ORDERED.**

DATED: February 9, 2021

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE